**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**BOBBY L. ADDISON, et al,**

    **Plaintiffs,**

vs.                                        **CASE NO. 4:04CV521-SPM/AK**

**ASPLUNDH TREE EXPERT, CO.,**

    **Defendant.**

_____/

### O R D E R

Defendant has moved to compel responses to its interrogatories and requests for production of documents served on December 16, 2004, from Plaintiffs Kelvin Paden (doc. 15) and Calvin E. Smith (doc. 16). Neither Plaintiff has responded to the motions to compel.

Plaintiffs' failure to file timely objections or otherwise respond to Defendant's requests for production of documents constitutes a waiver of the objections, and Plaintiffs must provide all requested documents which are within their possession, custody or control within the meaning of Fed. R. Civ. P. 34(a). <u>Peat, Marwick, Mitchell & Co. v. West</u>, 748 F.2d 540 (10 Cir. 1984), pet. for cert. dism. 469 U.S. 1199 (1985);

Perry v. Golub, 74 F.R.D. 360, 363 (N.D. Ala. 1976).  Further, Plaintiffs' failure to respond timely to Defendant's interrogatories constitutes a waiver of any objections to those interrogatories, and they must answer them fully.  Fed. R. Civ. P. R. 33(b)(4).

Plaintiffs are warned that if they continue to fail to cooperate in discovery, the Court may enter such orders as it deems necessary and just, pursuant to Fed. R. Civ. P. R. 37, which includes dismissing their cause of action.

Defendant also seeks fees and expenses incurred in filing the two motions.  Defendant may file an affidavit detailing their fees and expenses to which Plaintiffs may respond.

Accordingly, it is

**ORDERED:**

1.  Defendant's Motions to Compel Discovery (docs. 15 and 16) are **GRANTED** and Plaintiff Kelvin Paden and Calvin E. Smith shall respond *without objection* to the interrogatories and requests for production of documents served upon them on or before **June 17, 2005.**

2.  Defendant may file an Affidavit of Fees and Expenses incurred in filing the two motions on or before June 17, 2005.  Plaintiffs may respond on or before June 27, 2005, if they object to the reasonableness of the fees and expenses sought.

**DONE AND ORDERED** this **1st** day of June, 2005.

> s/ A. KORNBLUM
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

**No. 4:04CV521-spm/ak**