IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BOBBY L ADDISON, et al,**

    Plaintiffs,

v.                                                    CASE NO. 4:04-cv-00521-AK

**ASPLUNDH TREE EXPERT COMPANY,**

    Defendant.
_____/

### O R D E R

This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice filed by Plaintiff Anthony McGriff. (Doc. 42). Construing said notice as a motion to dismiss, the Court herein **GRANTS** said motion and the claims of Plaintiff McGriff are **DISMISSED WITH PREJUDICE**.

    **DONE AND ORDERED** this __15th__ day of July, 2005

                          s/ A. KORNBLUM
                          **ALLAN KORNBLUM**
                          **UNITED STATES MAGISTRATE JUDGE**